IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY R. ROLAND,

    Petitioner,

v.        Case No. 1:15cv267-MW/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 118, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 120. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The first amended petition for writ of habeas corpus under 28 U.S.C. §2254, ECF No. 34, is **DENIED**. A Certificate of Appealability is **DENIED**. The Clerk shall administratively close Case No. 1:15cv262-MW/EMT." The Clerk shall close the file.

**SO ORDERED on March 12, 2019.**

                                            **s/ MARK E. WALKER**
                                            **Chief United States District Judge**